**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 0 2 2026

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

FILED
DOCKETED _____
DATE    INITIAL

### Prisoner Authorization Form

**9th Cir. Case Number:** 26-843

I, Wesley Cotton, am the Appellant in the above case number. I understand that I am required by statute to pay the full amount of the $605.00 docketing and filing fees for this appeal, regardless of my forma pauperis status, and regardless of the disposition of this appeal. I hereby authorize the prison officials at this institution to assess, collect, and forward to the district court the full amount of these fees, in monthly increments based on 20 percent of the average of deposits to or balance in my prison trust account, subject to the provisions set forth in 28 U.S.C. § 1915(b).

I understand that I am not responsible for payment when the funds in my trust account total less than $10.00, but that payments will resume when additional deposits are made or funds are otherwise available.

**NAME** WESLEY COTTON
**SIGNATURE** Wesley Cotton
**CASE NO.** 1:22-cv-00568-JLT-EPG
**PRISONER I.D. NO.** P07770
**PRISON FACILITY** 3B-4-250L
**ADDRESS** C. S. P. Corcoran P.O. Box 3466
Corcoran, Calif 93212-3466
**DATE** February 26-2026

Mail this form to the Court at:
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Wesley Cotton, declare:

I am over 18 years of age and a party to this action. I am a resident of C.S.P. Corcoran Prison,

in the county of King,

State of California. My prison address is: C.S.P. Corcoran

P.O. Box 3466 Corcoran, Calif 93212-3466.

On February 26-2026
(DATE)

I served the attached: United States Court of Appeals Plisency Authorization Form
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Clerk, U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939, San Francisco, Calif 94119-3939

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26-2026      BY: Wesley Cotton
(DATE)                              (DECLARANT'S SIGNATURE)

-9-

*RECEIVED MOLLY C. DWYER, CLERK U.S. COURT OF APPEALS MAR 02 2026 FILED DOCKETED DATE INITIAL*