WESLEY COTTON #P07770
PO.BOX 3466
CORCORAN .CA.93212

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 06 2026

FILED
DOCKETED _____
                    DATE          INITIAL

U.S. DISTRICT COURT HOUSES OF CA

IN THE EASTERN DISTRICT COURT OF
CALIFORNIA FOR COOPPERATION WITH
NINTH DISTRICT COURT OF APPEALS
CALIFORNIA.

26-843

IN RE:COTTON V. SGT .MEDINA          MOTION/notice

PRIOR CASE# 1:22-CV00568-JLT-EPG(pc)

COURT OF APPEALS NUMBER IN THE NINTH DISTRICT COURT .CA. #26-843

REQUEST FOR TRANSCIPTS,
NOTICE : TO PREPARE ALL TRANSCRIPTS
AND PROVIDE A SET TO PLAINTIFF
1. reporters transcripts.          FREE OF CHARGE.................
2. clerk transcripts.
3. jury deliberation binder and instructions.
4. and all materials real and related to the above trial matter.

 PLAINTIFF HAS ALREADY DEMINSTRAITED INDIGENT STATUS ,THE CLERK
HAS ACCEPTED FEE WAIVER DOCUMENTATION.

TO THE RESPECTIVE CLERKS IN BOTH DISTRICT COURTS ,PLAINTIFF
NEEDS THE TRANSCRIPTS STATED ABOVE TO PROPERLY DEFENDE HIS
INTREST,ON APPEAL.

PLAINTIFF SWEARS UNDER PENALTY FOR PERJURY THAT HE HAS NO FUNDS
ON HIS BOOK TO PAY FOR HIS COPY OF TRANSCRIPTS.


RESPECTFULLY SERVED


date;3-2-26                          by: Wesley Cotton

26-843

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

MAR 0 6 2026

FILED_____
DOCKETED_____
                    DATE          INITIAL

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Wesley Cotton_____, declare:

I am over 18 years of age and a party to this action. I am a resident of _C.S.P. Corcoran)_

_State_____ Prison,

in the county of _____ _King_____,

State of California. My prison address is: _C.S.P. Corcoran) P.O. Box 3466_ ,

_Corcoran), Calif 93212_____.

On _____3-2-26_____,
                 (DATE)

I served the attached: _____Request for Transcripts_____

_____
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

_To: Clerk, U.S. Court of Appeal for The Ninth Circuit_
_P.O. Box 193939- San) Francisco, Calif 94119-3939_

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _3-2-26_____     BY: _Wesley Cotton)_____
             (DATE)                (DECLARANT'S SIGNATURE)